| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Elite Infrastructure, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0891420** |
| 4. | **Debtor's address** | **Principal place of business**  **1130 E Arapaho**  **Suite 475**  **Richardson, TX 75081**  Number, Street, City, State & ZIP Code  **Dallas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Elite Infrastructure, LLC**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor **Elite Infrastructure, LLC**  Case number (*if known*) _____
　　　Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  　　Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    　　　Contact name _____
    　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Elite Infrastructure, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  8, 2020**
MM / DD / YYYY

**X /s/ Eric Benavides**
Signature of authorized representative of debtor

**Eric Benavides**
Printed name

Title  **Sole Member**

**18. Signature of attorney**

**X /s/ Eric A. Liepins**
Signature of attorney for debtor

Date  **May  8, 2020**
MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**     Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Elite Infrastructure, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bird Electric Enterprises LLC<br>8787 IH 20<br>Eastland, TX 76448 | | | | | | $44,185.38 |
| BJ Services, LLC<br>PO Box 733585<br>Dallas, TX 75373-3585 | | | | | | $69,692.81 |
| DNOW LP<br>PO Box 200822<br>Dallas, TX 75230-0822 | | | | | | $50,570.46 |
| Ensign<br>15015 Vickery Drive<br>Houston, TX 77032 | | | | | | $226,593.72 |
| Hoss Pump Systems<br>1336 N. 143rd E. Ave<br>Tulsa, OK 74116 | | | | | | $99,074.42 |
| Ibex Construction Services LLC<br>PO Box 62021<br>San Angelo, TX 76904 | | | | | | $270,539.70 |
| Iconest Civil Works<br>3800 E 42nd St. Suite 607<br>Odessa, TX 79762 | | | | | | $82,000.00 |
| Ingram Professional Services, Inc.<br>PO Box 2978<br>Hobbs, NM 88241 | | | | | | $371,781.60 |
| KBK Industries, LLC<br>Dept. #41979<br>PO Box 650020<br>Dallas, TX 75265-0020 | | | | | | $153,402.50 |

Debtor **Elite Infrastructure, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Knight Oil Tools LLC**<br>1001 Briar Patch Drive<br>Broussard, LA 70518 | | | | | | $84,167.82 |
| **Marsau Enterprises, Inc**<br>1209 N 30th Street<br>Enid, OK 73701 | | | | | | $69,624.30 |
| **Petro Guardian, LLC**<br>29089 Krentel Road<br>Lacombe, LA 70445 | | | | | | $109,991.21 |
| **Power Infrastructure Partners**<br>20308 Hwy 71 W, Suite 6B<br>Spicewood, TX 78669 | | | | | | $88,530.83 |
| **Precision Pump & Valve, LLC**<br>PO BOX 16653<br>Lake Charles, LA 70616 | | | | | | $67,333.79 |
| **Pro View**<br>5656 South Staples Ste 222<br>Corpus Christi, TX 78411 | | | | | | $103,705.00 |
| **Slyder Energy Solutions**<br>PO Box 467<br>Chandler, OK 74834 | | | | | | $58,059.87 |
| **Ultra EnviroFlex**<br>4702 N Bryant Blvd.<br>San Angelo, TX 76903 | | | | | | $85,556.25 |
| **Varco Electric LLC**<br>5319 Sierra Vista Drive<br>PO Box 956<br>Carlsbad, NM 88220 | | | | | | $272,262.19 |
| **Weatherford US, LP** | | | | | | $46,318.04 |
| **WW Tank Oklahoma LLC**<br>PO Box 2399<br>Pampa, TX 79066 | | | | | | $142,574.00 |

A&P Services, Inc.
PO Box 7064
Odessa, TX 79760


AD Trucking, LLC
1401 N Ave I
Odessa, TX 79763


Advantage Trailer LLC
PO Box 795171
Dallas, TX 75379


Ahern Rentals
PO Box 271390
Las Vegas, NV 89127-1390


Alliance Energy, LLC
PO Box 1509
Artesia, NM 88211


Bird Electric Enterprises LLC
8787 IH 20
Eastland, TX 76448


BJ Services, LLC
PO Box 733585
Dallas, TX 75373-3585


Blackwater Rentals, LLC
8509 Venita Ave.
Lubbock, TX 79424


Brown-Campbell
11800 Investment Dr.
Shelby Township, MI 48315

```
CAN-OK Oilfield Services, Inc.
887 Country Road 1405
Chickasha, OK 73018


Cascade Process Controls
10201 Younger Rd.
Midland, TX 79706


Cherokee Rental Inc
PO Box 13524
Odessa, TX 79768-3524


Circle C Trucking and Services
PO Box 11329
Odessa,, TX 79760


Crume Sales, Inc.
2308 Pole Road
More, OK 73160


DNOW LP
PO Box 200822
Dallas, TX 75230-0822


Elliott Electric Supply
3800 E 42nd St., Suite 607
Odessa, TX 79762-5930


Encore Welding Services, LLC
314 N. Canal St.
Carlsbad, NM 88220


Encore Wellhead Systems, LLC
PO Box 27380
Houston, TX 77227
```

Ensign
15015 Vickery Drive
Houston, TX 77032

Falcon Technologies & Services
PO Box 734260
Dallas, TX 75373-4260

Gems Sensors & Contorls
One Cowles Rd
Plainville, CT 06062

GK TechStar, LLC
802 West 13th Street
Deer Park, TX 77536

Hoss Pump Systems
1336 N. 143rd E. Ave
Tulsa, OK 74116

Ibex Construction Services LLC
PO Box 62021
San Angelo, TX 76904

Iconest Civil Works
3800 E 42nd St. Suite 607
Odessa, TX 79762

Ingram Professional Services, Inc.
PO Box 2978
Hobbs, NM 88241

John Meador Construction Inc.
PO Box 558
Eldorado, TX 76936

```
KBK Industries, LLC
Dept. #41979
PO Box  650020
Dallas, TX 75265-0020


KC Electric
4300 S. Van Buren
Enid, OK 73703


Knight Oil Tools LLC
1001 Briar Patch Drive
Broussard, LA 70518


Lone Star Tank Rental, Inc.
PO Box 40868
Dallas, TX 75320-4868


Marsau Enterprises, Inc
1209 N 30th Street
Enid, OK 73701


Micro Motion, Inc
7070 Winchester Circle
Boulder, CO 80301


Milroc Distribution
5208 Rotary Dr.
Carlsbad, NM 88220


Monahans Nipple-Up Service
PO Box 1552
Monahans, TX 79756


Odessa Pumps, Inc
ATTN: Odessa Pumps & Equipment, Inc
PO Box 207614
Dallas, TX 75320-7614
```

```
OEM Electric Supply LLC
PO Box 270237
Flower Mound, TX 75027


Permian Anchor
PO Box 12238
Odessa, TX 79768


Permian SWD Solutions LLC
PO Box 760
Post, TX 79356


Petro Guardian, LLC
29089 Krentel Road
Lacombe, LA 70445


Petroplex Acidizing, Inc.
PO Box 2299
Hicksville, NY 11802


Pettigrew & Associates PA
100 E Navajo Dr. Suite 100
Hobbs, NM 88240


Power Infrastructure Partners
20308 Hwy 71 W, Suite 6B
Spicewood, TX 78669


Precision Pump & Valve, LLC
PO BOX 16653
Lake Charles, LA 70616


Premier Pipe, LLC
15600 JFK BLVD Suite 200
Houston, TX 77032
```

```
Pro View
5656 South Staples Ste 222
Corpus Christi, TX 78411


PTW Energy Services Inc
DEPT CH 19870
PALATINE, IL 60055-9870


Raider Pump & Supply Inc
PO Box 1143
Lamesa, TX 79331


Ready Drill LLC
PO Box 7269
Abilene, TX 79608-4268


RK Supply
11400 West County Road 30
Midland, TX 79707


Sentry Crane Services
PO Box 566
Watford City, ND 58854


Slyder Energy Solutions
PO Box 467
Chandler, OK 74834


SnD Trucking & Roustabout
P.O. Box 11223
Midland, TX 79702


Spraberry Production Services
500 W Texas Ave, Ste.900
Midland, TX 79701
```

Superior Performance, Inc.
PO Box 1110
Broussard, LA 70518


Turbines Inc Odessa LLC
960 S. Meadow Avenue
Odessa, TX 79761


Ultra EnviroFlex
4702 N Bryant Blvd.
San Angelo, TX 76903


Valiant Financial Services
2720 Dundee Road
Suite 291
Northbrook, IL 60062


Varco Electric LLC
5319 Sierra Vista Drive
PO Box 956
Carlsbad, NM 88220


WB Supply
PO Box 206620
Dallas, TX 75320-6620


Weatherford US, LP


West Texas Dumpster
6100 Lake Forrest Dr Ste 505
Atlanta, GA 30328


Whitco Supply

```
Wilbanks Trucking Services LLC
11246 Lovington Hwy
Artesia, NM 88210


WW Tank Oklahoma LLC
PO Box 2399
Pampa, TX 79066
```

# United States Bankruptcy Court
### Northern District of Texas

In re   **Elite Infrastructure, LLC**                                                                                   Case No.
                              Debtor(s)                                                                                 Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Elite Infrastructure, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eric Benevides**
**1130 E Arapho**
**Suite 475**
**Richardson, TX 75081**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May  8, 2020** | **/s/ Eric A. Liepins** |
| Date | **Eric A. Liepins** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Elite Infrastructure, LLC** |
| | **Eric A. Liepins** |
| | **12770 Coit Road** |
| | **Suite 1100** |
| | **Dallas, TX 75251** |
| | **972-991-5591 Fax:972-991-5788** |
| | **eric@ealpc.com** |