**Fill in this information to identify the case:**

Debtor Name: Elite Infrastructure, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 20-31384-11

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: May 2020

Date report filed: 05/08/20202
MM / DD / YYYY

Line of business: Oil and Gas Construction

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Elite Infrasstructure, LLC

Original signature of responsible party: _[signature]_

Printed name of responsible party: Eric Benavides

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? (please see Pg 4 for detail) | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name   Elite Infrastructure, LLC                    Case number 20-31384-11

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 369,335.20

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 848.74

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   $ 175,679.26

22. **Net cash flow**   + $ (174,830.52)

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 194,504.68

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 11,279.01

    *(Exhibit E)*

Debtor Name  Elite Infrastructure, LLC          Case number 20-31384-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 1,904,429.57

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    15
27. What is the number of employees as of the date of this monthly report?    15

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0
30. How much have you paid this month in other professional fees?    $ 1660.50
31. How much have you paid in total other professional fees since filing the case?    $ 1660.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0 | − | $ 848.74 | = | $ -848.74 |
| 33. **Cash disbursements** | $ 0 | − | $ 175,679.26 | = | $ -175,679.26 |
| 34. **Net cash flow** | $ 0 | − | $ (174,830.52) | = | $ 174,830.52 |

35. Total projected cash receipts for the next month:    $ 50,000
36. Total projected cash disbursements for the next month:    − $ 175,000
37. Total projected net cash flow for the next month:    = $ -125,000

Debtor Name  Elite Infrastructure, LLC              Case number 20-31384-11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



# EXHIBIT A

Not Applicable



# EXHIBIT B

Questionnaire# 10

Do you have any bank accounts open other than the DIP accounts?
Before filing bankruptcy Elite Infrastructure had an account for the PPP loan from small business administration. It was only to be used to pay, payroll, rent and utilities. The anticipated amount that would be used was moved to the DIP account when it was opened. The reminder was left in the PPP loan account and will be returned back to the federal government.

Elite Infrastructure LLC
## Cash Reciept Exhibit C
May 8 - 31, 2020

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **May 8 - 31, 20** | | | | | | | |
| Deposit | 05/08/2020 | | Deposit | 10100 · Old Operations Ckg (Elite) | √ | 66410 · Health Insurance Expense | 708.63 |
| Deposit | 05/20/2020 | | Deposit | 10100 · Old Operations Ckg (Elite) | √ | 64110 · Auto Rental & Leasing (Ops) | 135.00 |
| Deposit | 05/21/2020 | | Deposit | 10101 · Elite DIP | * | 61530 · Odessa/Oklahoma Utilities | 5.11 |
| **May 8 - 31, 20** | | | | | | | **848.74** |

4:12 PM
06/16/20
Accrual Basis

# Elite Infrastructure LLC
## Transaction Detail Report: Exhibit D
### May 8 - 31, 2020

| Type | Date | Num | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| **10100 · Old Operations Ckg (Elite)** | | | | | | |
| Check | 05/08/2020 | 1943 | | X | 12444 · Eric A Liepins | -5,000.00 |
| Check | 05/08/2020 | debit | | X | 60210 · Serv Charges & Credit Card Fees | -30.00 |
| Check | 05/11/2020 | debit | | X | 60210 · Serv Charges & Credit Card Fees | -30.00 |
| Check | 05/11/2020 | debit | | X | 63600 · HR Expenses | -268.50 |
| Check | 05/11/2020 | wire | | X | 12444 · Eric A Liepins | -1,717.00 |
| Check | 05/12/2020 | debit | | X | 64130 · Parking / Tolls / Mileage (Ops) | -77.01 |
| Check | 05/13/2020 | debit | | X | 64120 · Auto Fuel & Maint (Ops) | -33.10 |
| Check | 05/13/2020 | debit | | X | 60710 · Dues & Subscriptions Expense | -16.23 |
| Check | 05/13/2020 | debit | | X | 64300 · Employee Meals & Ent (Ops) | -68.82 |
| Check | 05/13/2020 | debit | | X | 64300 · Employee Meals & Ent (Ops) | -20.98 |
| Check | 05/13/2020 | debit | | X | 60210 · Serv Charges & Credit Card Fees | -15.00 |
| Paycheck | 05/15/2020 | DD2105 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2107 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2106 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2108 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2109 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2110 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2111 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2112 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2113 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2114 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2115 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2116 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2117 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2118 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/15/2020 | DD2119 | Direct Deposit | X | -SPLIT- | 0.00 |
| Check | 05/20/2020 | debit | VOID: | X | 10101 · Elite DIP | 0.00 |
| **Total 10100 · Old Operations Ckg (Elite)** | | | | | | **-7,276.64** |
| **10101 · Elite DIP** | | | | | | |
| Liability Check | 05/14/2020 | debit | Created by Payroll Service on 05/13/2020 | X | -SPLIT- | -66,123.61 |
| Liability Check | 05/19/2020 | debit | 2018-530,630 | X | 21200 · Payroll Liabilities | -987.12 |
| Check | 05/19/2020 | debit | | X | 60210 · Serv Charges & Credit Card Fees | -5.00 |
| Check | 05/19/2020 | debit | VOID: GJE, RGJE created on 05/27/2020 | X | 66540 · Payroll Services Expense | 0.00 |
| Check | 05/19/2020 | debit | VOID: | X | 66540 · Payroll Services Expense | 0.00 |
| Liability Check | 05/19/2020 | debit | Created by Payroll Service on 05/18/2020 | X | -SPLIT- | -106.60 |
| Check | 05/22/2020 | debit | | X | 22000 · Sales Tax Payable | -3,750.19 |
| Check | 05/22/2020 | debit | | X | 22000 · Sales Tax Payable | -10,719.79 |
| Check | 05/26/2020 | debit | | X | 60780 · Office Supplies Expense | -165.59 |
| Check | 05/27/2020 | debit | | X | 60210 · Serv Charges & Credit Card Fees | -15.00 |
| Liability Check | 05/28/2020 | debit | Created by Payroll Service on 05/27/2020 | X | -SPLIT- | -64,627.97 |
| Check | 05/28/2020 | debit | | X | 66520 · Unemployment Tax Expense | -197.00 |
| Paycheck | 05/29/2020 | DD2124 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2125 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2126 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2127 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2120 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2121 | Direct Deposit | X | -SPLIT- | 0.00 |

4:12 PM
06/16/20
Accrual Basis

# Elite Infrastructure LLC
## Custom Transaction Detail Report
### May 8 - 31, 2020

| Type | Date | Num | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| Paycheck | 05/29/2020 | DD2122 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2123 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2128 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2129 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2130 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2131 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2132 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2133 | Direct Deposit | X | -SPLIT- | 0.00 |
| Paycheck | 05/29/2020 | DD2134 | Direct Deposit | X | -SPLIT- | 0.00 |
| Bill Pmt -Check | 05/29/2020 | 2002 | | * | 20000 · Accounts Payable | -400.14 |
| Bill Pmt -Check | 05/29/2020 | 2003 | | * | 20000 · Accounts Payable | -6,781.25 |
| Bill Pmt -Check | 05/29/2020 | debit | | | 20000 · Accounts Payable | -13,536.24 |
| Liability Check | 05/29/2020 | 2000 | 2018-530,630 | | 21200 · Payroll Liabilities | -987.12 |

Total 10101 · Elite DIP -168,402.62

**TOTAL** -175,679.26

Page 2

Elite Infrastructure LLC  
**Bills for All Vendors: Exhibit E**  
May 2020

5:35 PM  
06/16/2020  
Page 1 of 1

| Date | Vendor | Num | Memo | Due Date | Amount |
|---|---|---|---|---|---|
| **May 20** | | | | | |
| 05/04/2020 | Gems Sensors & Controls | 1225379 | Lone Ranger Construction Materials | 05/14/2020 | 1,862.44 |
| 05/04/2020 | Ultra EnviroFlex | Elite-05 | Lone Ranger Construction Materials | 06/03/2020 | 6,500.00 |
| 05/14/2020 | Wick Phillips Attorney's & Counselors | 120770 | Kappa Lawsuit Discussion | 06/13/2020 | 478.50 |
| 05/15/2020 | Wick Phillips Attorney's & Counselors | 120769 | HEP Hillstone/ Waco Lawsuit | 06/14/2020 | 260.00 |
| 05/21/2020 | Morgan Leeton PC | 5134 | Blackbuck lien | 06/05/2020 | 427.50 |
| 05/25/2020 | Elliott Electric Supply | 000-31603-00 | Finance charge | 06/24/2020 | 134.67 |
| 05/27/2020 | Blackwater Rentals, LLC | 2852RL | Ind date 1/31/20 | 06/06/2020 | 1,514.00 |
| 05/30/2020 | Elliott Electric Supply | 000-09452-01 | Inv date 3.25.20 (sales tax Adj) | 06/29/2020 | 53.32 |
| 05/30/2020 | Elliott Electric Supply | 000-31604-00 | Finance charge | 06/24/2020 | 48.58 |
| **May 20** | | | | | **11,279.01** |

Elite Infrastructure LLC  
**A/R Report Exhibit F**  
As of May 31, 2020

11:44 AM  
06/17/2020

| Type | Num | Date | Name | Due Date | Open Balance |
|---|---|---|---|---|---|
| Invoice | 1748 | 10/02/2019 | Blackbuck-N Deep:Horned Frog SWD | 11/01/2019 | 159,074.65 |
| Credit Memo | 1762 | 11/08/2019 | Blackbuck-N Deep:Horned Frog SWD | 11/08/2019 | -12,185.00 |
| Invoice | 1825 | 02/14/2020 | Bosque Systems, LLC:Brice - Rebuild | 03/15/2020 | 206,358.13 |
| Invoice | 1890 | 03/19/2020 | Bosque Systems, LLC:Brice - Rebuild | 04/18/2020 | 7,907.36 |
| Invoice | 1776 | 12/02/2019 | Bosque Systems, LLC:Brice SWD | 01/01/2020 | 208,026.56 |
| Invoice | 1794 | 01/07/2020 | Bosque Systems, LLC:Brice SWD | 02/06/2020 | 1,031.94 |
| Invoice | 1760 | 11/07/2019 | BuySWD.com | 11/07/2019 | 4,000.00 |
| Invoice | 1799 | 01/10/2020 | BuySWD.com | 01/10/2020 | 4,000.00 |
| Invoice | 1835 | 02/27/2020 | BuySWD.com | 02/27/2020 | 2,000.00 |
| Invoice | 1821 | 02/07/2020 | Lagoon:Pipeline Metering | 02/22/2020 | 4,602.02 |
| Invoice | 1891 | 03/19/2020 | Lagoon:Pipeline Metering | 04/03/2020 | 3,066.43 |
| Invoice | 1907 | 03/19/2020 | Lagoon:Pipeline Metering | 04/03/2020 | 2,212.86 |
| Credit Memo | 1910 | 04/22/2020 | Lagoon | 04/22/2020 | -3,066.43 |
| Invoice | 1734 | 09/06/2019 | Red Hawk Disposal LLC (Husky):Red Hawk #2-17 SWD | 10/06/2019 | 396,880.82 |
| Invoice | 1796 | 01/07/2020 | Revolution Pipeline LLC:Leak Detection System | 01/07/2020 | 69,167.49 |
| Invoice | 1727 | 07/25/2019 | Revolution Pipeline LLC:Pipeline Panels | 07/25/2019 | 9,450.00 |
| Invoice | 1795 | 01/07/2020 | Revolution Pipeline LLC:Pipeline Panels | 01/07/2020 | 23,354.03 |
| Invoice | 1893 | 03/24/2020 | Taurus Midstream:Blue Duck - Pumps | 04/23/2020 | 200,000.00 |
| Invoice | 1911 | 05/01/2020 | Taurus Midstream:Lone Ranger - Construction | 05/31/2020 | 420,627.53 |
| Invoice | 1886 | 03/06/2020 | V-F Petroleum Inc.:Northcott 24 SWD #1 | 04/05/2020 | 13,774.24 |
| Invoice | 1894 | 03/27/2020 | V-F Petroleum Inc.:Northcott 24 SWD #1 | 04/26/2020 | 107,222.25 |
| Invoice | 1899 | 04/07/2020 | V-F Petroleum Inc.:Northcott 24 SWD #1 | 05/07/2020 | 76,924.69 |

**TOTAL**     1,904,429.57

# Great Plains Bank

Greater. Together.

P.O. Box 473 • Hollis, OK 73550-0473
www.gpbankok.com

Address Service Requested
00003717-0007433-0001-0001-TIMR8008470531204173

MEMBER FDIC

ELITE INFRASTRUCTURE LLC
SBA PPP
100 AFFIRMED LN
FAIRVIEW TX 75069-1224

Page 1 of 1

Account Number: ******3817
Date: 05/29/20
Images: 0

**NOTICE OF CHANGE TO OUR FUNDS AVAILABILITY POLICY** - Due to changes in Federal regulations, our Funds Availability Policy is changing effective July 1, 2020. Our policy is to make funds from your cash and check deposits available to you on the first business day after the day we receive your deposit. We are increasing the amount we make available for withdrawal by checks not subject to next day availability from $200 to $225. In addition the amount available for withdrawal on exception holds for large deposits, new accounts, and the amount to determine a repeat overdraft, increases from $5,000 to $5,525. For more information on our Funds Availability Policy, please contact us at 1-888-449-2265.

| ELITE INFRASTRUCTURE LLC | SIMPLY FREE BUSINESS CHK | Acct 3817 |
|---|---|---|

## Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 5/01/20 | | 336,714.00 |
| Deposits / Misc Credits | | 0 | .00 |
| Withdrawals / Misc Debits | | 4 | 266,143.61 |
| ** Ending Balance | 5/31/20 | | 70,570.39 ** |
| Service Charge | | | .00 |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 5/13 | 66,123.61 | OGWT ELITE INFRASTRUCTURE WELLS FARGO |
| 5/13 | 10.00 | Domestic Wire Fee |
| 5/27 | 10.00 | OUTGOING WIRE FEE-P202005270033015 |
| 5/27 | 200,000.00 | BENE:ELITE INFRASTRUCTURE LLC TRN:P202005270033015 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/13 | 270,580.39 | 5/27 | 70,570.39 | | |

Greater. Together.

3:41 PM  
06/18/20  
Accrual Basis

# Elite Infrastructure LLC
## Profit & Loss
### May 8 - 31, 2020

|  | May 8 - 31, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     41025 · Construction Materials | -48,725.00 |
|   **Total Income** | **-48,725.00** |
|   **Cost of Goods Sold** | |
|     50000 · Cost of Goods Sold | |
|       51010 · Construction Materials (New) | 1,514.00 |
|       51020 · Construction Materials (Rehab) | 236.57 |
|     Total 50000 · Cost of Goods Sold | 1,750.57 |
|   **Total COGS** | **1,750.57** |
|   **Gross Profit** | **-50,475.57** |
|   **Expense** | |
|     60000 · Operating Expenses | |
|       60200 · Banking | |
|         60210 · Serv Charges & Credit Card Fees | 95.00 |
|       Total 60200 · Banking | 95.00 |
|       60600 · Legal Expense | |
|         60605 · Attorney (General Svcs) | 1,660.50 |
|       Total 60600 · Legal Expense | 1,660.50 |
|       60700 · Office Expense | |
|         60710 · Dues & Subscriptions Expense | 16.23 |
|         60715 · Printer / Copier Lease | 441.52 |
|         60780 · Office Supplies Expense | 264.09 |
|       Total 60700 · Office Expense | 721.84 |
|       61000 · Rent Expense | |
|         61500 · Odessa Apt | |
|           61530 · Odessa/Oklahoma Utilities | -5.11 |
|         Total 61500 · Odessa Apt | -5.11 |
|       Total 61000 · Rent Expense | -5.11 |
|       62000 · Utilities & Mo Services | |
|         62030 · Electric Expense | 400.14 |
|       Total 62000 · Utilities & Mo Services | 400.14 |
|       63000 · EMPLOYEE EXPENSES | |
|         63600 · HR Expenses | 268.50 |
|       Total 63000 · EMPLOYEE EXPENSES | 268.50 |
|       64000 · OPERATIONS EXPENSE | |
|         64110 · Auto Rental & Leasing (Ops) | -135.00 |
|         64120 · Auto Fuel & Maint (Ops) | 33.10 |
|         64130 · Parking / Tolls / Mileage (Ops) | 77.01 |
|         64300 · Employee Meals & Ent (Ops) | 89.80 |
|       Total 64000 · OPERATIONS EXPENSE | 64.91 |
|       66000 · PAYROLL EXPENSE | |
|         66100 · Salaries | |
|           66210 · Corporate Payroll | 107,115.36 |
|           66240 · Construction Payroll | 11,076.92 |
|         Total 66100 · Salaries | 118,192.28 |

3:41 PM
06/18/20
Accrual Basis

# Elite Infrastructure LLC
## Profit & Loss
### May 8 - 31, 2020

|  | May 8 - 31, 20 |
|---|---|
| **66300 · PAYROLL ALLOWANCES** | |
| 66330 · Per Diems | 1,153.84 |
| 66340 · Truck Allowance | 5,169.18 |
| 66360 · Phone Allowance | 75.00 |
| **Total 66300 · PAYROLL ALLOWANCES** | 6,398.02 |
| **66400 · BENEFITS** | |
| 66410 · Health Insurance Expense | -2,201.12 |
| 66420 · Dental & Vision Expense | -167.03 |
| **Total 66400 · BENEFITS** | -2,368.15 |
| **66500 · EMPLOYER PR EXPENSE** | |
| 66520 · Unemployment Tax Expense | 655.53 |
| 66530 · Payroll Tax Expense | 9,315.93 |
| 66540 · Payroll Services Expense | 0.00 |
| **Total 66500 · EMPLOYER PR EXPENSE** | 9,971.46 |
| 66666 · Payroll Adjustments | 31.98 |
| **Total 66000 · PAYROLL EXPENSE** | 132,225.59 |
| **Total 60000 · Operating Expenses** | 135,431.37 |
| **Total Expense** | 135,431.37 |
| **Net Ordinary Income** | -185,906.94 |
| **Net Income** | **-185,906.94** |

3:42 PM  
06/18/20  
Accrual Basis

# Elite Infrastructure LLC
## Balance Sheet
### As of May 31, 2020

|  | May 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10100 · Old Operations Ckg (Elite) | -212.86 |
| 10101 · Elite DIP | 128,577.10 |
| 12030 · Great Plains PPP | 70,600.39 |
| **Total Checking/Savings** | 198,964.63 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 1,904,429.57 |
| **Total Accounts Receivable** | 1,904,429.57 |
| **Other Current Assets** | |
| 12400 · Deposits | |
| 12410 · Apt Deposit | 800.00 |
| 12420 · Office Deposit | 7,000.00 |
| 12440 · Attorney Retainer | |
| 12442 · Murray Law Firm Retainer | 3,000.00 |
| 12444 · Eric A Liepins | 6,717.00 |
| **Total 12440 · Attorney Retainer** | 9,717.00 |
| **Total 12400 · Deposits** | 17,517.00 |
| **Total Other Current Assets** | 17,517.00 |
| **Total Current Assets** | 2,120,911.20 |
| **Fixed Assets** | |
| 15000 · Fixed Assets | |
| 15300 · F&F Assets | 2,500.00 |
| 15400 · Computer & Accessories | 14,493.35 |
| 15600 · Office Equipment | 21,103.47 |
| 15800 · Vehicles | 9,992.13 |
| 15850 · Panels | 51,190.19 |
| **Total 15000 · Fixed Assets** | 99,279.14 |
| 16000 · Accumulated Depreciation | |
| 16400 · Accum Dep Computer | -14,493.35 |
| 16500 · Accum Dep Machine Equip | -51,190.19 |
| 16600 · Accum Dep Office Equip | -23,603.47 |
| 16800 · Accum Dep Vehicles | -9,992.13 |
| **Total 16000 · Accumulated Depreciation** | -99,279.14 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 17020 · Sales Tax Receivable | 86,821.09 |
| **Total Other Assets** | 86,821.09 |
| **TOTAL ASSETS** | **2,207,732.29** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 3,081,872.90 |
| **Total Accounts Payable** | 3,081,872.90 |

Page 1

3:42 PM
06/18/20
Accrual Basis

# Elite Infrastructure LLC
## Balance Sheet
### As of May 31, 2020

|  | May 31, 20 |
|---|---:|
| **Credit Cards** | |
| 0788 - Everado (Lalo) Garza | -1,992.73 |
| 0796 - Jay Charles | -991.89 |
| 1905 - Eric Benavides | -6,145.46 |
| 3661 - Randall Horn | -190.84 |
| 9918 - Tom Clarke | -891.31 |
| **Total Credit Cards** | -10,212.23 |
| **Other Current Liabilities** | |
| 21000 · Other Liabilities | |
| 21200 · Payroll Liabilities | 43.38 |
| Total 21000 · Other Liabilities | 43.38 |
| 22000 · Sales Tax Payable | -2,443.10 |
| 71020 · PPP Loan GPB | 421,490.00 |
| **Total Other Current Liabilities** | 419,090.28 |
| **Total Current Liabilities** | 3,490,750.95 |
| **Total Liabilities** | 3,490,750.95 |
| **Equity** | |
| 31000 · Partner Investments | |
| 31100 · Debbie Benavides - Equity | 37,229.13 |
| 31200 · Eric Benavides - Equity | 37,227.14 |
| Total 31000 · Partner Investments | 74,456.27 |
| 32000 · Retained Earnings | -587,109.75 |
| 32150 · R/E - Accrual Portion | 579,064.99 |
| 33000 · Partner Distributions | |
| 33100 · Debbie Benavides - Distribution | -415,477.50 |
| 33200 · Eric Benavides - Distribution | -419,477.50 |
| Total 33000 · Partner Distributions | -834,955.00 |
| Net Income | -514,475.17 |
| **Total Equity** | -1,283,018.66 |
| **TOTAL LIABILITIES & EQUITY** | 2,207,732.29 |