UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **In re:** | |
| **Elite Infrastructure, LLC** | Case No. 20-31384-11 |
| | Chapter 11 |
| *Debtor.* | Judge Harlin DeWayne Hale |

# ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Margaret Estrada, individually and as next of kin of Javier Barraza, Jr., deceased, and Patricia Fite, surviving spouse of Randall Fite, deceased ("Movants") filed their Motion for Relief from the Automatic Stay to Pursue Claim in State Court (the "Motion") to proceed with litigation against the Debtor in state court. Movants represented to the Court that they had served the motion in accordance with all applicable rules. The Debtor is unopposed to this order. No objection having been timely filed, and the Movants having established cause for relief under 11 U.S.C. § 362(d), the motion is GRANTED.

Accordingly, it is ORDERED that Movants are granted leave from the automatic stay to proceed against the Debtor Elite Infrastructure, LLC as a nominal defendant in state court Case No. CJ-2019-2376, *Patricia Fite, Surviving Spouse of Randall Fite, Deceased, and Margaret Estrada, Individually and as Next of Kin of Javier Barraza, Jr., Deceased v. Lagoon Water Logistics, LLC and Elite Infrastructure LLC*, in the District Court of

2

Oklahoma County, Oklahoma. This relief from the stay is for the purpose of allowing Movants to seek recovery against Debtor's liability insurance carrier only, the proceeds of which are not an asset of the Estate. Pursuit of any recovery against Debtor's or the Estate's assets is not authorized.

It is, further, ORDERED that the 14-day stay provided under FED. R. BANKR. P. 4001(a)(3) does not apply.

SIGNED on_____.


**Harlin DeWayne Hale**
**United States Bankruptcy Judge**