## Elite Infrastructure Cashflow Projections

| | August-20 | September-20 | October-20 | November-20 | December-20 | January-21 | February-21 | March-21 | April-21 | May-21 | June-21 | July-21 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Revenue** | | | | | | | | | | | | | |
| Bosque New Build | | | | | 209,059 | | | | | | | | 209,059 |
| Bosque Rebuild | | | | | 214,265 | | | | | | | | 214,265 |
| BlackBuck | | | | 146,890 | | | | | | | | | 146,890 |
| Lagoon | 6,815 | | | | | | | | | | | | 6,815 |
| RedHawk | | 317,505 | | | | | | | | | | | 317,505 |
| Revolution Pipe | | | | | 101,972 | | | | | | | | 101,972 |
| Blue Duck | | | | 150,000 | | | | | | | | | 150,000 |
| Lone Ranger Drilling | | | | | 420,628 | | | | | | | | 420,628 |
| VF Petroleum | | | | | 197,921 | | | | | | | | 197,921 |
| New Customers | | | | | | 120,000 | 75,000 | 150,000 | 100,000 | | 125,000 | 100,000 | 670,000 |
| **Total Revenue** | 6,815 | 317,505 | - | 296,890 | 1,143,845 | 120,000 | 75,000 | 150,000 | 100,000 | - | 125,000 | 100,000 | 2,435,055 |
| **Payroll Expenses** | 30,417 | 30,417 | 30,417 | 30,417 | 30,417 | 34,980 | 34,980 | 34,980 | 34,980 | 34,980 | 34,980 | 34,980 | 396,942 |
| Health Insurance | 3,924 | 3,924 | 3,924 | 3,924 | 3,924 | 4,709 | 4,709 | 4,709 | 4,709 | 4,709 | 4,709 | 4,709 | 52,583 |
| Office | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| General Liability | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Legal Expense | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | | | | | | | 12,000 |
| Quick Books | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Bamboo HR Software | 260 | 260 | | | | | | | | | | | 520 |
| GoDaddy | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| Utilities/Internet | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Verizon | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 6,400 |
| Printer Lease | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | | | | 2,700 |
| **G&A Expenses** | 12,534 | 12,534 | 12,274 | 12,274 | 11,574 | 12,359 | 10,359 | 10,359 | 10,359 | 10,059 | 10,059 | 10,059 | 134,803 |
| **TOTAL EXPENSES** | (42,951) | (42,951) | (42,691) | (42,691) | (41,991) | (47,339) | (45,339) | (45,339) | (45,339) | (45,039) | (45,039) | (45,039) | (531,745) |
| Plan Payment | | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 250,000 |